**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 20-115-DLB-CJS**

| | |
|---|---|
| JUDITH LUBBERS, individually and as Executrix for the Estate of William Lubbers | **PLAINTIFF** |
| v.   **JUDGMENT** | |
| JOHN R. JURGENSEN CO. | **DEFENDANT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. # 7) is **GRANTED**;

(2) Defendant's Motion to Change Venue (Doc. # 6) is **DENIED AS MOOT**;

(3) Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITHOUT PREJUDICE;**

(4) This matter is **STRICKEN** from the Court's active docket; and

(5) Judgment is entered in favor of **DEFENDANT** on all claims.

This is a **FINAL AND APPEALABLE** Order, and no just cause for delay exists.

This 7th day of September, 2021.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Cov2020\20-115 Lubbers MTD Judgment.docx